**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 299 MAL 2017

       Respondent    :

     :    Petition for Allowance of Appeal from
     :    the Order of the Superior Court
       v.    :

NATHAN ROBERT SAUERS,    :

       Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.